[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re J.C.*, Slip Opinion No. 2024-Ohio-877.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2024-OHIO-877

IN RE J.C.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re J.C.*, Slip Opinion No. 2024-Ohio-877.]**

*Court of appeals' judgment reversed on the authority of* In re Z.C. *and cause remanded to court of appeals.*

(No. 2023-0855—Submitted September 12, 2023—Decided March 13, 2024.)

APPEAL from the Court of Appeals for Tuscarawas County,

No. 2022 AP 11 0044, 2023-Ohio-1263.

_____

{¶ 1} The judgment of the Fifth District Court of Appeals is reversed on the authority of *In re Z.C.*, __ Ohio St.3d __, 2023-Ohio-4703, __ N.E.3d __, and the cause is remanded to that court for application of the appropriate standards of review.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ., concur.

_____

Lisa Vitale Arnold, for appellee, Tuscarawas County Job and Family Services.

Nicholas A. Doughty, for appellant, K.L.

Gerrit denHeijer, guardian ad litem for J.C.

_____